# Exhibit A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/13/2024 8:31 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Bolden, Deputy Clerk

**NOTICE TO DEFENDANT:** Judge Hurdle Clay Jacke II, in his individual capacity and official capacity,
*(AVISO AL DEMANDADO):* Los Angeles County Sheriffs Department, County of Los Angeles,
Deputy Adam Kennedy, in his individual capacity and official capacity, Defendants. and DOES
1 through 10 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Michael A. DiMatteo, an individual.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Stanley Mosk Courthouse
*(El nombre y dirección de la corte es):* 111 N Hill St, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):* **24STCV14495**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Attorney Frederick Fascenelli
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* 307 East Chapman Ave, #207
Orange CA 92866 (800) 848-4131

DATE: 12/13/2024          Clerk, by        S. Bolden      , Deputy
*(Fecha)*    David W. Slayton, Executive Officer/Clerk of Court    *(Secretario)*       *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):* COUNTY OF LOS ANGELES
    under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):* 1/2/25

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/13/2024 8:31 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Bolden, Deputy Clerk

**NOTICE TO DEFENDANT:** Judge Hurdle Clay Jacke II, in his individual capacity and official capacity,
*(AVISO AL DEMANDADO):* Los Angeles County Sheriffs Department, County of Los Angeles,
Deputy Adam Kennedy, in his individual capacity and official capacity, Defendants. and DOES
1 through 10 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Michael A. DiMatteo, an individual.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Stanley Mosk Courthouse
*(El nombre y dirección de la corte es):* 111 N Hill St, Los Angeles, CA 90012

**CASE NUMBER:** *(Número del Caso):* **24STCV14495**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Attorney Frederick Fascenelli
307 East Chapman Ave, #207
Orange CA 92866 (800) 848-4131
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: 12/13/2024                 Clerk, by                                              , Deputy
*(Fecha)*  David W. Slayton, Executive Officer/Clerk of Court  *(Secretario)* ___S. Bolden___ *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Judge Hurdle Clay Jacke II, in his individual capacity and official capacity,
**(AVISO AL DEMANDADO):** Los Angeles County Sheriffs Department, County of Los Angeles,
Deputy Adam Kennedy, in his individual capacity and official capacity, Defendants. and DOES
1 through 10 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Michael A. DiMatteo, an individual.

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/13/2024 8:31 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Bolden, Deputy Clerk

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Stanley Mosk Courthouse
111 N Hill St, Los Angeles, CA 90012

**CASE NUMBER:** *(Número del Caso):* **24STCV14495**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Attorney Frederick Fascenelli
307 East Chapman Ave, #207
Orange CA 92866   (800) 848-4131

DATE: 12/13/2024                David W. Slayton, Executive Officer/Clerk of Court        Clerk, by   S. Bolden    , Deputy
*(Fecha)*                                                                                  *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Judge Hurdle Clay Jacke II, in his individual capacity and official capacity,
*(AVISO AL DEMANDADO):* Los Angeles County Sheriffs Department, County of Los Angeles, Deputy Adam Kennedy, in his individual capacity and official capacity, Defendants. and DOES 1 through 10 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Michael A. DiMatteo, an individual.

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by Superior Court of California, County of Los Angeles 12/13/2024 8:31 AM David W. Slayton, Executive Officer/Clerk of Court, By S. Bolden, Deputy Clerk

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse
111 N Hill St, Los Angeles, CA 90012

**CASE NUMBER:** *(Número del Caso):* **24STCV14495**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Attorney Frederick Fascenelli
307 East Chapman Ave, #207
Orange CA 92866   (800) 848-4131

DATE: 12/13/2024    David W. Slayton, Executive Officer/Clerk of Court    Clerk, by    S. Bolden    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
    under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE) |
|---|---|

**Electronically FILED by Superior Court of California, County of Los Angeles 12/13/2024 8:31 AM David W. Slayton, Executive Officer/Clerk of Court, By S. Bolden, Deputy Clerk**

**NOTICE TO DEFENDANT:** Judge Hurdle Clay Jacke II, in his individual capacity and official capacity,
*(AVISO AL DEMANDADO):* Los Angeles County Sheriffs Department, County of Los Angeles, Deputy Adam Kennedy, in his individual capacity and official capacity, Defendants. and DOES 1 through 10 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Michael A. DiMatteo, an individual.

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responda dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Stanley Mosk Courthouse
111 N Hill St, Los Angeles, CA 90012

CASE NUMBER: *(Número del Caso):* **24STCV14495**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Attorney Frederick Fascenelli
307 East Chapman Ave, #207
Orange CA 92866   (800) 848-4131

DATE: 12/13/2024       Clerk, by     S. Bolden    , Deputy
*(Fecha)*  David W. Slayton, Executive Officer/Clerk of Court   *(Secretario)*       *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**FASCENELLI & ASSOCIATES**
Frederick W. Fascenelli   (Bar No. 171867)
307 East Chapman Ave., Suite 207
Orange, CA 92866
(800) 848-4131

FascenelliLaw@gmail.com

Attorney For Plaintiffs
Michael A. DiMatteo

Electronically FILED by
Superior Court of California,
County of Los Angeles
6/10/2024 7:04 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By Y. Ayala, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF LOS ANGELES

| | |
|---|---|
| Michael A. DiMatteo, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> Judge Hurdle Clay Jacke II, in his individual capacity and official capacity, <br> Los Angeles County Sheriff's Department, <br> County of Los Angeles, <br> Deputy Adam Kennedy, in his individual capacity and official capacity, <br> Defendants. and DOES 1 through 10 inclusive. <br><br> Defendants. | CASE NO. 24STCV14495 <br><br> **Complaint for Damages:** <br> 1) Violation of First Amendment Rights (42 U.S.C. § 1983) <br> 2) Violation of Fifth and Fourteenth Amendment Rights (Due Process) (42 U.S.C. § 1983) <br> 3) Violation of Sixth Amendment Rights (42 U.S.C. § 1983) <br> 4) Violation of the Americans with Disabilities Act (42 U.S.C. § 12132) |

### INTRODUCTION

1. This is a civil rights action brought under 42 U.S.C. § 1983 seeking redress for the violations of Plaintiffs' rights under the First, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution. Plaintiff Michael A. DiMatteo, along with unnamed plaintiffs incarcerated in the Los Angeles County Jail acting as their own attorneys in pro se, alleges that Defendants, acting under color of state law, deprived them of their constitutional rights through

actions that include misrepresentation, failure to provide required documents, intentional infliction of emotional distress, and harassment.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and laws of the United States.

3. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to Plaintiffs' claims occurred in this district.

## PARTIES

4. Plaintiff Michael A. DiMatteo is a California licensed private investigator residing in Riverside County, California. Plaintiff is a member of a protected class under the Americans with Disabilities Act (ADA) due to his diagnosis of Post-Traumatic Stress Disorder (PTSD).

5. Unnamed plaintiffs are individuals currently incarcerated in the Los Angeles County Jail who are acting as their own attorneys in pro se and are similarly affected by the actions of the Defendants.

6. Defendant Judge Hurdle Clay Jacke II is a Judge of the Los Angeles County Superior Court. He is sued in his individual and official capacities.

7. Defendant Los Angeles County Sheriff's Department is a law enforcement agency in Los Angeles County, California.

8. Defendant County of Los Angeles is a municipal corporation in the State of California.

9. Defendant Deputy Adam Kennedy is a deputy in the Los Angeles County Sheriff's Department. He is sued in his individual and official capacities.

## FACTUAL ALLEGATIONS

10. Plaintiff DiMatteo was appointed as an investigator for in-custody pro per defendant Neil Phillips in the case People v. Phillips, Case #SA108370I, by Judge Cathryn Franco Broham on July 19, 2023.

11. On March 14, 2024, Plaintiff DiMatteo was notified of an investigation initiated by Judge Jacke, alleging that Plaintiff DiMatteo misrepresented himself as an attorney to court personnel at the Los Angeles County Airport Courthouse, a misdemeanor crime.

12. Plaintiff DiMatteo's attorney, Mr. Frederick Fascenelli, responded to these allegations on March 29, 2024. Subsequent communications with the Los Angeles County Counsel indicated that Judge Jacke refused to recuse himself from the investigation despite being named as a party to a claim filed by Plaintiff DiMatteo with the County of Los Angeles, citing that he could be fair and impartial.

13. Plaintiff DiMatteo was accused of introducing contraband into a jail facility by the Los Angeles County Sheriff's Department on March 22, 2023. A Sheriff's Department narcotics dog allegedly made a false hit on Plaintiff DiMatteo's paperwork, leading to a baseless investigation. Deputy Adam Kennedy was involved in initiating this investigation.

14. Deputy Adam Kennedy threatened to have Plaintiff DiMatteo removed from the Los Angeles County Superior Court private investigators panel. Subsequent documentation received from Judge Hurdle Clay Jacke indicated on March 27, 2023, the Los Angeles County Superior Court was contacted, and it was suggested that Plaintiff DiMatteo be terminated. This was done prior to any finding of guilt, and Plaintiff DiMatteo was later exonerated.

15. Plaintiff DiMatteo was exonerated after a chemical analysis found no contraband in the documents. However, a Superior Court judge informed Plaintiff DiMatteo that an email was

sent to every judge in Los Angeles County stating that Plaintiff DiMatteo was under investigation for introducing contraband narcotics into a jail facility. Two other private investigators with the Los Angeles County Superior Court private investigators panel were subject to investigations by the Los Angeles Sheriff's Department regarding the possible introduction of contraband materials into the jail, and neither of these investigators have any information indicating that an email communication was sent to every judge in Los Angeles County advising them of the investigation.

16. A Public Records Information Act request revealed that no such email was sent by the Sheriff's Department. It is believed that Judge Jacke or his subordinates sent the email, further tarnishing Plaintiff DiMatteo's reputation and professional standing.

17. Despite multiple requests, Judge Jacke and the Los Angeles County Sheriff's Department failed to provide the required policies and procedures related to professional contact with in-custody inmates, impacting Plaintiff DiMatteo's work as a court-appointed investigator and the ability of unnamed plaintiffs to effectively act as their own attorneys in pro se.

18. Judge Jacke, who is responsible for the administration of the private investigators on the Los Angeles County Superior Court private investigators panel, lied by omission to Plaintiff DiMatteo and has failed to address issues regarding the rights of pro per defendants incarcerated in the Los Angeles County Jail.

19. Judge Jacke's actions included failing to advise Plaintiff DiMatteo of his right to an attorney, refusing to provide information regarding who made the complaint, and denying Plaintiff DiMatteo the right to a Skelly hearing as per Skelly v. State Personnel Board (1975) 15 Cal. 3d 194.

20. Plaintiff DiMatteo, after exercising his right to file a citizen's complaint with the Los Angeles County Sheriff's Department, was and is currently being harassed by the Los Angeles County Sheriff's Department, the Los Angeles County Superior Court private investigators panel, and Judge Jacke.

21. Plaintiff DiMatteo has filed citizen's complaints with the Los Angeles County Sheriff's Department, and these complaints have been under investigation for over a year. As a result of Plaintiff DiMatteo's filing of the citizen's complaints, he has been harassed by the Los Angeles County Sheriff's Department and by Judge Hurdle Clay Jacke.

22. The Los Angeles County Sheriff's Department and the County of Los Angeles are not in compliance with Senate Bill 978 and California Penal Code Section 13650. As a result of Plaintiff DiMatteo's numerous attempts to obtain information contained under these statutes, he has been harassed by the County of Los Angeles, the Los Angeles County Sheriff's Department, and Judge Jacke.

23. When Plaintiff DiMatteo applied for a position as an investigator with the Los Angeles County Superior Court private investigators panel, the panel was provided with information indicating that Mr. DiMatteo had been medically retired from the San Bernardino County Sheriff's Department for a stress-related disability. For the past 11 years, Plaintiff DiMatteo has acted as an investigator for the private investigators panel and continues to receive assignments from various judges and courts in Los Angeles County requesting that he assist pro per defendants in custody in the Los Angeles County Jail. Plaintiff DiMatteo works under the direction of private attorneys and defense panel attorneys with the approval of various courts within the county.

24. Plaintiff DiMatteo's diagnosis of PTSD makes him a member of a protected class under the ADA. Defendants' actions exacerbated Plaintiff DiMatteo's PTSD, causing severe emotional distress and impairing his ability to perform his professional duties.

25. The unnamed plaintiffs, who are incarcerated and acting as their own attorneys in pro se, have been similarly affected by the lack of access to necessary policies and procedures, denial of due process, and the overall hostile environment perpetuated by Defendants.

### First Cause of Action

### Violation of First Amendment Rights (42 U.S.C. § 1983)

26. Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein.

27. Defendants' actions in accusing Plaintiff DiMatteo and disseminating information about him were retaliatory and intended to chill Plaintiffs' exercise of their First Amendment rights.

28. As a result of Defendants' actions, Plaintiffs have suffered damages including but not limited to loss of reputation, emotional distress, and economic loss.

### Second Cause of Action

### Violation of Fifth and Fourteenth Amendment Rights (Due Process) (42 U.S.C. § 1983)

29. Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein.

30. Defendants, acting under color of state law, deprived Plaintiffs of their liberty and property interests without due process of law by failing to provide adequate notice and an opportunity to be heard regarding the accusations and investigations.

31. Defendants' actions have caused Plaintiffs significant harm, including damage to their professional reputations and standing, emotional distress, and economic loss.

### Third Cause of Action

### Violation of Sixth Amendment Rights (42 U.S.C. § 1983)

32. Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein.

33. Defendants violated Plaintiff DiMatteo's Sixth Amendment rights by denying him the right to confront his accuser, obtain information regarding the complaint, and have a fair hearing to contest the allegations.

34. As a result, Plaintiffs have suffered damages including emotional distress, loss of reputation, and economic loss.

### Fourth Cause of Action

### Violation of the Americans with Disabilities Act (42 U.S.C. § 12132)

35. Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein.

36. Plaintiff DiMatteo is a qualified individual with a disability (PTSD) under the ADA.

37. Defendants discriminated against Plaintiff DiMatteo by subjecting him to accusations, harassment, and denial of due process, exacerbating his PTSD and interfering with his ability to perform his duties.

38. As a result of Defendants' actions, Plaintiff DiMatteo has suffered damages including emotional distress, loss of reputation, and economic loss.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Declare that Defendants' actions violated Plaintiffs' rights under the First, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and the Americans with Disabilities Act.

2. Award Plaintiffs compensatory and punitive damages in an amount to be determined at trial.

3. Award Plaintiffs reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

4. Grant such other and further relief as the Court deems just and proper.

Dated: May 18, 2024

Respectfully submitted,

Frederick Fascenelli
Attorney for Plaintiff
Michael A. DiMatteo